UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE NEW YORK TIMES COMPANY,

                Plaintiff,

v.

DEPARTMENT OF DEFENSE, DEPARTMENT OF STATE, and DRUG ENFORCEMENT ADMINISTRATION,

                Defendants.

**COMPLAINT**

---

Plaintiffs THE NEW YORK TIMES COMPANY, by and through its undersigned counsel, alleges as follows:

1. This is an action under the Freedom of Information Act, 5 U.S.C. § 552 *et seq.* ("FOIA"), to obtain an order for the production of agency records in response to FOIA requests properly made by Plaintiff The New York Times Company ("The Times") to the Department of Defense ("DOD"), the Department of State ("DOS"), and the Drug Enforcement Administration ("DEA").

**PARTIES**

2. Plaintiff The New York Times Company publishes *The New York Times* newspaper, *The New York Times Magazine*, and www.nytimes.com. The New York Times Company is headquartered in this judicial district at 620 Eighth Avenue, New York, New York, 10018.

3. Defendants are agencies of the federal government that have possession and control of the records that Plaintiff seeks.

1

## JURISDICTION AND VENUE

4. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331 and 5 U.S.C. § 552(a)(4)(B).

5. Venue is premised on Plaintiff's place of business and is proper in this district under 5 U.S.C. § 552(a)(4)(B).

6. FOIA requires that agencies respond to FOIA requests within 20 business days. *See* 5 U.S.C. § 552(a)(6)(A).

7. Defendants have failed to meet the statutory deadline to respond to the requests, therefore Plaintiff is deemed to have exhausted all administrative remedies available pursuant to 5 U.S.C. § 552(a)(6)(C).

## FACTUAL BACKGROUND

8. The Times's FOIA requests seek records related to allegations of human rights abuses and corruption by Afghan national security forces in Kandahar, Afghanistan—in particular, by a key Afghan police general, Abdul Raziq, who was assassinated in 2018.[1] The requests also seek records that describe the U.S. government's relationship with and support for Raziq and forces under his control.[2]

9. Between 2006 and 2020, the United Nations presented evidence of such abuses to U.S. agencies, and these allegations were also widely reported in the media.[3] U.S. officials

---

[1] Mujib Mashal and Thomas Gibbons-Neff, *How a Taliban Assassin Got Close Enough to Kill a General*, N.Y. Times (Nov. 2, 2018), https://www.nytimes.com/2018/11/02/world/asia/taliban-attack-raziq-alliance.html.

[2] Matthieu Aikins, *Our Man in Kandahar*, The Atlantic (Nov. 2011), https://www.theatlantic.com/magazine/archive/2011/11/our-man-in-kandahar/308653/.

[3] Treatment of Conflict-Related Detainees in Afghanistan: Preventing Torture and Ill-treatment under the Anti-Torture Law, United Nations Assistance Mission in Afghanistan (April 2019), https://unama.unmissions.org/sites/default/files/afghanistan_-_report_on_the_treatment_of_conflict-related_detainees_-_17_april_2019.pdf.

convened high-level meetings to discuss the allegations and conducted several official investigations in Kandahar.[4]

FOIA Request #1

10. The Times submitted a FOIA request to U.S. Central Command ("CENTCOM") on April 10, 2023 seeking records pertaining to Abdul Raziq, operations of Afghan security forces in Kandahar, transfers of detainees to Afghan custody, assessments of Kandahar detention facilities, and incidents of torture, unlawful killings, and forced disappearances, as well as other related documents.[5] (Request No. 23-0379.)

11. On April 11, 2023, The Times received confirmation that CENTCOM received the FOIA request.

12. As of the date of this filing, CENTCOM has not since communicated in any way with The Times about the request.

FOIA Request #2

13. The Times submitted a FOIA request to CENTCOM on April 10, 2023 seeking "all records that refer to any interactions between [Times reporter] Matthieu Aikins and U.S., Canadian, or Afghan forces in Spin Boldak district in Kandahar Province, Afghanistan, to include any intelligence reports in March 2009." (Request No. 23-0380.) The Times also submitted a privacy waiver for Mr. Aikins.

14. On April 13, 2023, The Times received confirmation that CENTCOM received the FOIA request.

---

[4] *Warlord, Inc.: Extortion and Corruption Along the U.S. Supply Chain in Afghanistan*, Subcommittee on National Security and Foreign Affairs, Committee on Oversight and Government Reform, U.S. House of Representatives, 111th Congress (June 2010), https://www.cbsnews.com/htdocs/pdf/HNT_Report.pdf.

15. As of the date of this filing, CENTCOM has not since communicated in any way with The Times about the request.

## FOIA Request #3

16. The Times submitted a FOIA request to the U.S. Army's Office of the Provost Marshal General ("OPMG") on April 10, 2023 seeking "[a]ll records pertaining to Sayed Abdul Ghani Sadat, detainee ISN 23956, who was detained by US forces in Afghanistan. This includes detention review board reports, separation packets, medical and mental health records, interrogator certification packets, interrogation plans, memoranda, transfer requests, and other documents." The Times also submitted a privacy waiver for Mr. Sadat.

17. The Times never received an acknowledgment from OPMG about The Times's request.

18. As of the date of this filing, OPMG has not communicated in any way with The Times about the request.

## FOIA Request #4

19. The Times submitted a FOIA request to the DOS on April 10, 2023 seeking records pertaining to Abdul Raziq, the Leahy Amendment, operations of Afghan security forces in Kandahar, the U.S. military's decision in 2011 to halt detainee transfers to Afghan security forces, and incidents of torture, unlawful killings, and forced disappearances, as well as other related documents. (Request No. F-2023-07024.)

20. On April 12, 2023, The Times received confirmation that DOS received the FOIA request.

21. DOS stated in its April 12, 2023 acknowledgement that it would "not be able to respond within the 20 days provided by [FOIA] due to 'unusual circumstances.'"

22. As of the date of this filing, DOS has not communicated in any way with The Times about the request since sending its acknowledgment.

### FOIA Request #5

23. The Times submitted a FOIA request to the DEA on April 10, 2023 seeking records pertaining to Abdul Raziq, Operation Albatross, operations of Afghan security forces in Kandahar, the arrest of Afghan Border Police officer Shar Shahin, and allegations of drug smuggling, narcotics trafficking, or other illegal activities by Afghan security forces, as well as other related documents. (Request No. FA22-4457.)

24. The Times never received an acknowledgment from the DEA about The Times's request.

25. As of the date of this filing, DEA has not communicated in any way with The Times about this request.

## FIRST CAUSE OF ACTION

26. Plaintiff repeats, realleges, and reincorporates the allegations in the preceding paragraphs as though fully set forth herein.

27. In response to Request No. 1, as set forth above, Defendant CENTCOM is an agency subject to FOIA and must therefore release, in response to a FOIA request, any disclosable records in its possession as of the date the agency processes this request and provide a lawful reason for withholding any other materials as to which it is claiming an exemption.

28. Defendant has failed to meet the statutory deadline of 20 business days set by FOIA. 5 U.S.C. § 552(a)(6)(A)(i). Accordingly, Plaintiff is deemed to have exhausted its administrative remedies under FOIA.

29. Defendant CENTCOM is permitted to withhold records or parts of records only if one of FOIA's enumerated exemptions apply.

30. No exemptions permit the withholding of the records sought by the Request.

31. Accordingly, Plaintiff is entitled to an order compelling CENTCOM to produce records responsive to the Request.

## SECOND CAUSE OF ACTION

32. Plaintiff repeats, realleges, and reincorporates the allegations in the preceding paragraphs as though fully set forth herein.

33. In response to Request No. 2, as set forth above, Defendant CENTCOM is an agency subject to FOIA and must therefore release, in response to a FOIA request, any disclosable records in its possession as of the date the agency processes this request and provide a lawful reason for withholding any other materials as to which it is claiming an exemption.

34. Defendant has failed to meet the statutory deadline of 20 business days set by FOIA. 5 U.S.C. § 552(a)(6)(A)(i). Accordingly, Plaintiff is deemed to have exhausted its administrative remedies under FOIA.

35. Defendant is permitted to withhold records or parts of records only if one of FOIA's enumerated exemptions apply.

36. No exemptions permit the withholding of the records sought by the Request.

37. Accordingly, Plaintiff is entitled to an order compelling OPMG to produce records responsive to the Request.

## THIRD CAUSE OF ACTION

38. Plaintiff repeats, realleges, and reincorporates the allegations in the preceding paragraphs as though fully set forth herein.

39. In response to Request No. 3, as set forth above, Defendant OPMG is an agency subject to FOIA and must therefore release, in response to a FOIA request, any disclosable records in its possession as of the date the agency processes this request and provide a lawful reason for withholding any other materials as to which it is claiming an exemption.

40. Defendant has failed to meet the statutory deadline of 20 business days set by FOIA. 5 U.S.C. § 552(a)(6)(A)(i). Accordingly, Plaintiff is deemed to have exhausted his administrative remedies under FOIA.

41. Defendant is permitted to withhold records or parts of records only if one of FOIA's enumerated exemptions apply.

42. No exemptions permit the withholding of the records sought by the Request.

43. Accordingly, Aikins is entitled to an order compelling OPMG to produce records responsive to the Request.

## FOURTH CAUSE OF ACTION

44. Plaintiff repeats, realleges, and reincorporates the allegations in the preceding paragraphs as though fully set forth herein.

45. In response to Request No. 4, as set forth above, Defendant DOS is an agency subject to FOIA and must therefore release, in response to a FOIA request, any disclosable records in its possession as of the date the agency processes this request and provide a lawful reason for withholding any other materials as to which it is claiming an exemption.

46. Defendant has failed to meet the statutory deadline of 20 business days set by FOIA. 5 U.S.C. § 552(a)(6)(A)(i). Accordingly, Plaintiff is deemed to have exhausted its administrative remedies under FOIA.

47. Defendant is permitted to withhold records or parts of records only if one of FOIA's enumerated exemptions apply.

48. No exemptions permit the withholding of the records sought by the Request.

49. Accordingly, Plaintiff is entitled to an order compelling Defendant to produce records responsive to the Request.

## FIFTH CAUSE OF ACTION

50. Plaintiff repeats, realleges, and reincorporates the allegations in the preceding paragraphs as though fully set forth herein.

51. In response to Request No. 5, as set forth above, Defendant DEA is an agency subject to FOIA and must therefore release, in response to a FOIA request, any disclosable records in its possession as of the date the agency processes this request and provide a lawful reason for withholding any other materials as to which it is claiming an exemption.

52. Defendant has failed to meet the statutory deadline of 20 business days set by FOIA. 5 U.S.C. § 552(a)(6)(A)(i). Accordingly, Plaintiff is deemed to have exhausted its administrative remedies under FOIA.

53. Defendant is permitted to withhold records or parts of records only if one of FOIA's enumerated exemptions apply.

54. No exemptions permit the withholding of the records sought by the Request.

55. Accordingly, Plaintiff is entitled to an order compelling DOS to produce records responsive to the Request.

## **REQUEST FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests that this Court:

56.    Declare that the records sought by the Requests, as described in the foregoing paragraphs, are public under 5 U.S.C. § 552 and must be disclosed;

57.    Order Defendants to undertake an adequate search for the requested record and provide the record to Plaintiff within 20 business days of the Court's order;

58.    Award Plaintiff the costs of this proceeding, including reasonable attorneys' fees, as expressly permitted by FOIA; and

59.    Grant Plaintiff such other and further relief as this Court deems just and proper.

Dated: New York, New York
        June 15, 2022

/s/ David E. McCraw
David E. McCraw
Legal Department
The New York Times Company
620 8th Avenue
New York, NY 10018
Phone: (212) 556-4031
E-mail: mccraw@nytimes.com

*Counsel for Plaintiff*