UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------X
                                                   :

THE NEW YORK TIMES COMPANY,        :

                                                  :

                       Plaintiff,        :

                                                  :          23-CV-5037 (JMF)

         -v-                            :

                                                :           ORDER

DEPARTMENT OF DEFENSE et al.,       :

                                                  :

                    Defendant.       :

                                                  :
--------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      This case arises under the Freedom of Information Act, Title 5, United States Code,

Section 552.  The parties are hereby ORDERED to submit a joint letter, no later than **two weeks**

**from the date of this Order** and not to exceed two pages, indicating whether there is any need

for discovery or an initial conference in this case.  If there is no such need, the parties should

include in their letter a proposed briefing schedule for any motions, including motions for

summary judgment.  If Defendants have not yet entered a notice of appearance, Plaintiff shall

promptly serve a copy of this Order on Defendants and file proof of such service.

      SO ORDERED.

Dated:  June 22, 2023
       New York, New York                     _____
                                          JESSE M. FURMAN
                                     United States District Judge