

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

July 5, 2023

**BY ECF**
The Honorable Jesse M. Furman
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    *The New York Times Co. v. DOD, et al.*, 23 Civ. 5037 (JMF)

Dear Judge Furman:

      This Office represents the defendants in this Freedom of Information Act action. We write jointly with the plaintiff in response to the Court's June 22 order, ECF No. 10.

      This case involves two FOIA requests submitted to U.S. Central Command (CENTCOM), one FOIA request submitted to the U.S. Army's Office of the Provost Marshal General (OPMG), one FOIA request submitted to the Department of State, and one FOIA request submitted to the Drug Enforcement Agency.  The requests seek records related to allegations of human rights abuses and corruption by Afghan national security forces in Kandahar, Afghanistan—in particular, by Afghan police general, Abdul Raziq.  *See generally*, ECF No. 1. The requests also seek records that describe the U.S. government's relationship with and support for Raziq and forces under his control.  *See id.*

      The Court's June 22 order directs the parties to, among other things, "indicat[e] whether there is any need for discovery or an initial conference in this case." ECF No. 10 at 1. The parties agree there is no need for either discovery or an initial conference.

      The order also directs the parties to "include in their letter a proposed briefing schedule for any motions, including motions for summary judgment," if there is no need for discovery. *Id.* We respectfully request to adjourn the requirement to propose a motion schedule until processing is complete, and instead propose to provide the Court with a joint report at the end of August outlining the status of each agency's processing of the FOIA request, and proposing a schedule going forward. Government counsel is still working to determine the status of each agency's search for potentially responsive records, identify the likely volume of potentially responsive records, and determine an estimated timeframe for reviewing and processing any such records. Without this information, any proposal for a specific summary judgment schedule would be highly uncertain. Therefore, we respectfully propose providing the Court with a joint status update by August 31, 2023, addressing the status of the agencies' search and processing, a proposed schedule going forward, and whether any issues have arisen between the parties that require the Court's attention.

Honorable Jesse M. Furman                                                    Page 2
July 6, 2023

Additionally, because the parties agree an answer would not be necessary for the next steps in litigation, defendants respectfully request—with plaintiff's consent—that the defendants' time to answer be adjourned until after a decision on any summary judgment motion (if the case is not fully resolved without such motion), or such other time as the Court may order.

We thank the Court for its attention to this matter.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By:    */s/ Tara Schwartz*
TARA SCHWARTZ
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (212) 637-2633
Email: tara.schwartz@usdoj.gov

*Counsel for Defendants*

cc: counsel for Plaintiffs (via ECF)