U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

September 18, 2025

**BY ECF**

The Honorable Jesse M. Furman
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    *The New York Times Co. v. DOD, et al.*, 23 Civ. 5037 (JMF)

Dear Judge Furman:

    This Office represents the defendants in this Freedom of Information Act ("FOIA") action. We write jointly with the plaintiff in response to the Court's order dated July 21, 2025, directing the parties to provide the Court with an update on the status of the defendants' responses to the plaintiff's FOIA requests. *See* ECF No. 39.

    As background, this case involves two FOIA requests submitted to U.S. Central Command ("CENTCOM"), one FOIA request submitted to the U.S. Army's Office of the Provost Marshal General ("OPMG"), one FOIA request submitted to the Department of State ("DOS"), and one FOIA request submitted to the Drug Enforcement Administration ("DEA"). The requests seek records related to allegations of human rights abuses and corruption by Afghan national security forces in Kandahar, Afghanistan—in particular, by Afghan police general, Abdul Raziq. *See generally* ECF No. 1. The requests also seek records that describe the U.S. government's relationship with and support for Raziq and forces under his control. *See id.*

    The status of the searches and processing for each of the FOIA requests is as follows:

1. FOIA Request #1 (CENTCOM Request No. 23-0379): As noted in previous status updates, CENTCOM has completed its processing and is awaiting responses on several records that have been sent out for consultations to other agencies and components. CENTCOM has recently received a response as to one set of records previously sent for consultations, and it expects to issue a response respecting those records to the plaintiff within the next 30 days. The remaining records subject to outstanding consultations will be processed and, if appropriate, released to the plaintiff once CENTCOM has received the consultation responses back from the consulting agencies.

2. FOIA Request #2 (CENTCOM Request No. 23-0380): CENTCOM conducted a search, did not locate any responsive records, and notified the plaintiff of the same by letter sent via email on August 24, 2023, and subsequently provided the

plaintiff with information regarding how the search was conducted. CENTCOM's response to this request is complete.

3. FOIA Request #3 (OPMG Request No. FA-23-0002): OPMG completed its productions in response to this request as of September 12, 2024.

4. FOIA Request #4 (DOS Request No. F-2023-07024): As noted in the parties' prior status updates, DOS has been processing records responsive to this request since January 2024. Since the parties' last status update on July 18, 2025 (ECF No. 38), DOS issued its fifteenth and sixteenth responses to Plaintiff on July 23 and September 3, 2025. All of the relevant records that DOS processed for these responses originated from another government agency. Accordingly, DOS referred the records to the relevant agency for processing and, if appropriate, release to the plaintiff. DOS will continue processing records and plans to issue further responses every six weeks in accordance with the parties' agreement.

5. FOIA Request #5 (DEA Request No. FA22-4457): DEA completed producing records responsive to parts (1), (3), and (4) of the request on November 7, 2023. The parties subsequently agreed on a search protocol for part (2) of the request as well as emails responsive to the request. In February and March 2024, the DEA conducted searches and located no responsive records. Accordingly, DEA's response to this request is complete.

Since several of the agencies are still processing potentially responsive records, the parties are not yet prepared to set a schedule for next steps in this litigation. The parties propose that they provide a further status update to the Court on or before November 18, 2025. The parties have not encountered any issues that require the Court's attention at this time.

We thank the Court for its attention to this matter.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York
*Counsel for Defendants*

By:   /s/ Samuel Dolinger
SAMUEL DOLINGER
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.: (212) 637-2677
samuel.dolinger@usdoj.gov

cc: Counsel for the Plaintiff (via ECF)