**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

March 10, 2026

**BY ECF**
The Honorable Jesse M. Furman
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    *The New York Times Co. v. DOD, et al.*, 23 Civ. 5037 (JMF)

Dear Judge Furman:

      This Office represents the defendants in this Freedom of Information Act ("FOIA") action. We write jointly with the plaintiff pursuant to the Court's order dated January 12, 2026, directing the parties to provide the Court with an update on the status of the defendants' responses to the plaintiff's FOIA requests. *See* ECF No. 46.

      As background, this case involves two FOIA requests submitted to U.S. Central Command ("CENTCOM"), one FOIA request submitted to the U.S. Army's Office of the Provost Marshal General ("OPMG"), one FOIA request submitted to the Department of State ("DOS"), and one FOIA request submitted to the Drug Enforcement Administration ("DEA").

      The status of the searches and processing for each of the FOIA requests is as follows:

1. FOIA Request #1 (CENTCOM Request No. 23-0379):  As noted in previous status updates, CENTCOM has completed its processing and is awaiting responses on several records that have been sent out for consultations to other agencies and components.  CENTCOM is still awaiting the return of records subject to consultations with various other federal agencies.  While CENTCOM has repeatedly followed up with these agencies concerning the consultations, in order to move along the processing of the consult records, the undersigned counsel is attempting to get in touch with the consulting agencies to get estimated dates of completion for the processing of the outstanding records.

2. FOIA Request #2 (CENTCOM Request No. 23-0380):  CENTCOM conducted a search, did not locate any responsive records, and notified the plaintiff of the same by letter sent via email on August 24, 2023, and subsequently provided the plaintiff with information regarding how the search was conducted.  CENTCOM's response to this request is complete.

3.  FOIA Request #3 (OPMG Request No. FA-23-0002):  OPMG completed its productions in response to this request as of September 12, 2024.

4.  FOIA Request #4 (DOS Request No. F-2023-07024):  As noted in the parties' prior status update, DOS notified Plaintiff that it had completed its processing of responsive records on November 26, 2025.  *See* ECF No. 45.  At that time, DOS also notified Plaintiff that it had referred 41 records it had processed to two other government agencies for processing and, if appropriate, release to the Plaintiff. *See id*.  Since the parties' last status update, on January 9, 2026, the FBI notified Plaintiff that it had processed 57 pages of records, referred by DOS to the FBI for direct response to Plaintiff, and that all such records were being withheld pursuant to various FOIA exemptions.  The other agency to whom DOS sent records for direct response is still reviewing the relevant records and has estimated that it will provide a response to Plaintiff next month.

5.  FOIA Request #5 (DEA Request No. FA22-4457): DEA completed producing records responsive to parts (1), (3), and (4) of the request on November 7, 2023. The parties subsequently agreed on a search protocol for part (2) of the request as well as emails responsive to the request.  In February and March 2024, the DEA conducted searches and located no responsive records. Accordingly, DEA's response to this request is complete.

The parties respectfully propose to provide a further status update to the Court on or before May 11, 2026.  The parties have not encountered any issues that require the Court's attention at this time.

We thank the Court for its attention to this matter.

Application GRANTED.  The parties shall file their next status update **no later than May 11, 2026.**

SO ORDERED.

March 11, 2026

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York
*Counsel for Defendants*

By:    /s/ Tara Schwartz
TARA SCHWARTZ
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.: (212) 637-2633
Email: Tara.Schwartz@usdoj.gov

cc: Counsel for the Plaintiff (via ECF)