

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

April 13, 2026

**BY ECF**
Honorable Jesse M. Furman
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    *The New York Times Co. v. DOD, et al.*, 23 Civ. 5037 (JMF)

Dear Judge Furman:

      I write respectfully pursuant to Local Rule 1.4(b) to request the Court's leave to withdraw as counsel for the defendants in the above-referenced matter due to my forthcoming departure from the United States Attorney's Office. Defendants will continue to be represented by Assistant U.S. Attorney Tara Schwartz in this matter. My withdrawal as an attorney of record will not affect any deadlines or cause any delay. Accordingly, I respectfully request that the Court grant my request to withdraw as counsel of record.

      I thank the Court for its consideration of this matter.

                    Respectfully submitted,

                    JAY CLAYTON
                    United States Attorney
                    *Counsel for Defendants*

        By:    /s/ Samuel Dolinger
              SAMUEL DOLINGER
              Assistant United States Attorney
              Tel.: (212) 637-2677
              samuel.dolinger@usdoj.gov

cc: All counsel of record (via ECF)