**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

July 13, 2026

**BY ECF**

The Honorable Jesse M. Furman
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    *The New York Times Co. v. DOD, et al.*, 23 Civ. 5037 (JMF)

Dear Judge Furman:

This Office represents the defendants in this Freedom of Information Act ("FOIA") action. We write jointly with the plaintiff pursuant to the Court's order dated March 11, 2026, directing the parties to provide the Court with an update on the status of the defendants' responses to the plaintiff's FOIA requests. *See* ECF No. 52.

As background, this case involves two FOIA requests submitted to U.S. Central Command ("CENTCOM"), one FOIA request submitted to the U.S. Army's Office of the Provost Marshal General ("OPMG"), one FOIA request submitted to the Department of State ("DOS"), and one FOIA request submitted to the Drug Enforcement Administration ("DEA").

The status of the searches and processing for each of the FOIA requests is as follows:

1. FOIA Request #1 (CENTCOM Request No. 23-0379):  As noted in previous status updates, CENTCOM has completed its processing and had sent several records out for consultations to other agencies and components. Some of those agencies and components have returned the subject records to CENTCOM and certain others have not yet returned them. In the last status report, the parties reported that CENTCOM and the undersigned counsel had been following up with the consulting agencies and components and expected that the subject consult records would be returned to CENTCOM in the next sixty days and, if there is responsive, non-exempt material, would be released to Plaintiff shortly after they are returned. As of this filing, however, those consults have not been returned to CENTCOM. The undersigned counsel has requested that the outstanding agencies and components with consult records expedite any remaining review and promptly return to those records to CENTCOM for final processing and release to Plaintiff.

2. FOIA Request #2 (CENTCOM Request No. 23-0380):  CENTCOM conducted a search, did not locate any responsive records, and notified the plaintiff of the

same by letter sent via email on August 24, 2023, and subsequently provided the plaintiff with information regarding how the search was conducted. CENTCOM's response to this request is complete.

3.  FOIA Request #3 (OPMG Request No. FA-23-0002):  OPMG completed its productions in response to this request as of September 12, 2024.

4.  FOIA Request #4 (DOS Request No. F-2023-07024):  As noted in prior status updates, DOS notified Plaintiff that it had completed its processing of responsive records on November 26, 2025.  *See* ECF No. 45.  At that time, DOS also notified Plaintiff that it had referred 41 records it had processed to two other government agencies for processing and, if appropriate, release to the Plaintiff.  *See id.*  On January 9, 2026, the FBI notified Plaintiff that it had processed 57 pages of records, referred by DOS to the FBI for direct response to Plaintiff, and that all such records were being withheld pursuant to various FOIA exemptions.  On June 24, 2026, the Department of Defense ("DOD") notified Plaintiff that it had processed 450 pages of records, referred by DOS to the DOD for direct response to Plaintiff, and that all such records were being withheld pursuant to various FOIA exemptions.  Accordingly, the response to this FOIA request is now complete, though Plaintiff reserves the right to challenge these withholdings.

5.  FOIA Request #5 (DEA Request No. FA22-4457): DEA completed producing records responsive to parts (1), (3), and (4) of the request on November 7, 2023.  The parties subsequently agreed on a search protocol for part (2) of the request as well as emails responsive to the request.  In February and March 2024, the DEA conducted searches and located no responsive records. Accordingly, DEA's response to this request is complete.

The parties respectfully propose to provide a further status update to the Court on or before September 10, 2026.  The parties have not encountered any issues that require the Court's attention at this time.

We thank the Court for its attention to this matter.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York
*Counsel for Defendants*

By:    /s/ Tara Schwartz
      TARA SCHWARTZ
      Assistant United States Attorney
      86 Chambers Street, 3rd Floor
      New York, New York 10007
      Tel.: (212) 637-2633
      Email: Tara.Schwartz@usdoj.gov

cc: Counsel for the Plaintiff (via ECF)